MEREDITH, Movant, v. CARTER, Opposed.

Court of Appeals of Kentucky.

(Decided June 17, 1938.)

S. Y. TRIMBLE for movant.

AL CLARK and HERMAN SOUTHALL for opposed.

PER CURIAM.

Appeal denied; judgment affirmed.